UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY LLANES,

Plaintiff,

-against-

NEW YORK STATE; NEW YORK DEPARTMENT OF EDUCATION; JANE DOE TEACHER #1, JANE DOE GOVERNMENT OFFICIAL#!; AND THE UNITED STATES GOVERNMENT.,

Defendants.

26 CIVIL 003908 (GBD)

**CIVIL JUDGMENT**

For the reasons stated in the, August 4, 2026, Order, Plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 11, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge